# Court of Appeals
# of the State of Georgia

ATLANTA,____May 20, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0031.  ACKERMAN v. WISEHART.**

Upon consideration of Appellant William C. Ackerman, Jr., M. D.'s emergency motion, it is hereby ordered that the motion is **DENIED**.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____05/20/2015_____*
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
                *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*